Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-cv-00951-LJO-MJS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, A CALIFORNIA CORPORATION aka PEP PROPERTIES, INC., et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 17, 2012                    MOORE LAW FIRM, P.C.


                                         /s/Tanya E. Moore
                                         Tanya E. Moore
                                         Attorneys for Plaintiff Ronald Moore

*Moore v. The Pep Boys Manny Moe & Jack of California, et al.*
Notice of Voluntary Dismissal; Order

Page 1

1 | **ORDER**

2 | Good cause appearing,

3 | IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4 |

5 | **IT IS SO ORDERED**.

6 |

7 | Dated:  August 17, 2012          Lawrence J. O'Neill
8 |                                  United States District Court Judge